**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADAPTHEALTH CORP.,<br><br>　　　　　Defendant. | CASE NO. 2:26-cv-04287-JMY<br><br>CLASS ACTION |

## ORDER

AND NOW, this 13th day of July, 2026, upon consideration of Defendant's unopposed letter request for an extension of time to respond to Plaintiff's Complaint, it is hereby **ORDERED** as follows: (a) Defendant's request for an extension is **GRANTED**; and (b) Defendant shall have until **August 17, 2026** to respond to Plaintiff's Complaint (*see* Dkt. 1).

**IT IS SO ORDERED.**

BY THE COURT:

_/s/ John Milton Younge_____
**Judge John Milton Younge**