**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated,<br>Plaintiff,<br><br>v.<br><br>ADAPTHEALTH CORP.,<br><br>Defendant. | CASE NO. 2:26-cv-04287-JMY<br><br>CLASS ACTION |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

This matter, coming to be heard on "Defendant's Motion to Dismiss Plaintiff's Putative Class Action Complaint" (hereafter, the "Motion") filed on August 17, 2026, due notice having been given, briefing being complete, the Court being fully apprised in the premises, and for good cause shown, IT IS HEREBY ORDERED THAT: (a) the Motion is GRANTED for the reasons stated therein; and (b) Plaintiff's Complaint (*see* Dkt. 1) is DISMISSED WITH PREJUDICE.

**SO ORDERED THIS ___ DAY OF ____________, 20__,**

By:____________________________

Hon. John M. Younge

United States District Judge