**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 26-cv-04287 |
| v. | : | CLASS ACTION |
| ADAPTHEALTH CORP., Defendant. | | |

**ORDER**

**AND NOW**, this 17th day of August, 2026, upon consideration of Defendant's unopposed request for an extension of time to respond to Plaintiff's Complaint (ECF No. 1), it is **ORDERED** that the request is **GRANTED**, and Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than **August 31, 2026**.

**BY THE COURT:**

/s/ *John Milton Younge*
**John Milton Younge, J.**