**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DMITRY ZINGER**, | : | Case No. 26-cv-04287 |
| *Plaintiff,* | : | |
| vs. | : | |
| **ADAPTHEALTH CORP.**, | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this 28th day of August 2026, upon consideration of Plaintiff filing an Amended Complaint (ECF No. 27) on August 27, 2026, it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 6) filed by the Defendant on August 17, 2026, is **DENIED** as MOOT. Defendant has 20 days from the date of this order to respond to or otherwise answer Plaintiff's Amended Complaint.

**IT IS SO ORDERED.**

**BY THE COURT:**

*/s/ John Milton Younge*
**Judge John M. Younge**