**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAPTHEALTH CORP.,<br><br>Defendant. | CASE NO. 2:26-cv-04287-JMY<br><br>CLASS ACTION |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant AdaptHealth Corp. ("Adapt"), by and through its undersigned counsel, hereby respectfully moves to dismiss the First Amended Complaint (*see* Dkt. 8, "FAC") filed by Plaintiff Dmitry Zinger ("Plaintiff") in this matter pursuant to Fed. R. Civ. P. 12(b)(6), in its entirety and with prejudice, for failure to state a claim for relief. The specific grounds for this Motion are set forth in Adapt's Brief In Support, which is filed concurrently herewith and is incorporated herein by reference as if fully stated, any and all other pleadings and papers filed or to be filed in this action, and any and all arguments, other briefing, and exhibits that may be presented to the Court prior to its ruling on this Motion or at any hearing hereon, if scheduled.

WHEREFORE, Defendant AdaptHealth Corp. respectfully requests that the Court enter an order dismissing the entire FAC with prejudice, along with granting all other just relief.

Dated: September 17, 2026

Respectfully submitted,

By: /s/ Steven C. Tolliver, Jr.
FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
(215) 977-1099 (fax)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

JOHN W. MCGUINNESS
(*Pro Hac Vice* to be requested)
A. PAUL HEERINGA
(*Pro Hac Vice* to be requested)
MANATT, PHELPS & PHILLIP, LLP
151 N, Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: 312-529-6300
jmcguinness@manatt.com
pheeringa@manatt.com

*Counsel for Defendant AdaptHealth Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: September 17, 2026

*/s/ Steven C. Tolliver, Jr.*

STEVEN C. TOLLIVER, JR.

*Counsel for Defendant AdaptHealth Corp.*