**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

ADAPTHEALTH CORP.,

Defendant.

CASE NO. 2:26-cv-04287-JMY

CLASS ACTION

**ORDER**

This matter, coming to be heard on "Defendant's Motion to Dismiss Plaintiff's First Amended Complaint" (hereafter, the "Motion") filed on September 17, 2026, due notice having been given, briefing being complete, the Court being fully apprised in the premises, and for good cause shown, IT IS HEREBY ORDERED THAT: (a) the Motion is GRANTED for the reasons stated therein; and (b) Plaintiff's putative "First Amended Class Action Complaint" (*see* Dkt. 8) is DISMISSED WITH PREJUDICE. The Clerk is directed to close this matter.

**SO ORDERED THIS ____ DAY OF ________________, 20__,**

By:____________________________

Hon. John M. Younge

United States District Judge