**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAPTHEALTH CORP.,<br><br>Defendant. | CASE NO. 2:26-cv-04287-JMY<br><br>CLASS ACTION |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the nongovernmental corporate party in the above-listed civil action, Defendant AdaptHealth Corp., has no parent corporation but the following publicly held corporation owns 10% or more if its stock:

BlackRock, Inc.

Dated: September 17, 2026

Respectfully submitted,

By: */s/ Steven C. Tolliver, Jr.*

FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
(215) 977-1099 (fax)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

JOHN W. MCGUINNESS
(*Pro Hac Vice* to be requested)
A. PAUL HEERINGA
(*Pro Hac Vice* to be requested)
MANATT, PHELPS & PHILLIP, LLP
151 N, Franklin Street, Suite 2600
Chicago, IL 60606

Telephone: 312-529-6300
jmcguinness@manatt.com
pheeringa@manatt.com

*Counsel for Defendant AdaptHealth Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: September 17, 2026

*/s/ Steven C. Tolliver, Jr.*

STEVEN C. TOLLIVER, JR.

*Counsel for Defendant AdaptHealth Corp.*