**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated, | : | Case No.: 2:26-cv-04287-JMY |
| Plaintiff, | : | |
| v. | : | |
| ADAPTHEALTH CORP. | : | |
| Defendant. | : | |

_________________________________________/

**[PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

AND NOW, this _______________ day of ______________, 2026, it is ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

IT IS SO ORDERED.

*BY THE COURT:*

_________________________, J.