**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DMITRY ZINGER, individually and on behalf of a class of all persons and entities similarly situated, | Case No.: 2:26-cv-04287-JMY |
| Plaintiff, | |
| v. | |
| ADAPTHEALTH CORP. | |
| Defendant. / | |

**ORDER FOR EXTENSION OF TIME TO FILE SUR REPLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

AND NOW, this 16th day of October, 2026, it is ORDERED that the Plaintiff's Motion for Extension of time is GRANTED. Plaintiff shall have until October 16, 2026 within which to file a sur-reply to the Defendant's Motion to Dismiss.

IT IS SO ORDERED.

*BY THE COURT:*

/s/ John Milton Younge, J.